ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| US Pan American Solutions, LLC | ) ASBCA No. 64056 |
| | ) |
| Under Contract No. N00189-23-P-G110 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Jorge DelPino
                                  Vice President

APPEARANCES FOR THE GOVERNMENT:  Allison M. McDade, Esq.
                                   Navy Chief Trial Attorney
                                  John W. Venskus, Esq.
                                   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 3, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64056, Appeal of US Pan American Solutions, LLC, rendered in conformance with the Board's Charter.

Dated:  April 3, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals